No. 88–6664.   JARVI *v.* SECRETARY OF HEALTH AND HUMAN SERVICES, *ante,* p. 1025;

No. 88–6669.   SELLNER *v.* HUDNALL ET AL., *ante,* p. 1025; and

No. 88–6763.   IN RE WALKER, *ante,* p. 1018.   Petitions for rehearing denied.

No. 84–5350.   MAXWELL *v.* PENNSYLVANIA, 469 U. S. 971;

No. 88–6172.   RAGHEB *v.* BLUE CROSS & BLUE SHIELD OF MICHIGAN, 489 U. S. 1027; and

No. 88–6427.   HARGROVE *v.* UNITED STATES, 489 U. S. 1070. Motions for leave to file petitions for rehearing denied.

JUNE 12, 1989

No. 87–1382.   COMMISSIONER OF INTERNAL REVENUE *v.* STAPLES ET VIR.   C. A. 8th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hernandez* v. *Commissioner, ante,* p. 680.   JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this case.

No. 87–1954.   CONSOLIDATED CITY OF JACKSONVILLE, DUVAL COUNTY, FLORIDA *v.* NASH.   C. A. 11th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wards Cove Packing Co.* v. *Atonio, ante,* p. 642.

No. 88–102.   COMMISSIONER OF INTERNAL REVENUE *v.* FOLEY ET UX.   C. A. 2d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Hernandez* v. *Commissioner, ante,* p. 680.   JUSTICE BRENNAN and JUSTICE KENNEDY took no part in the consideration or decision of this case.

No. 88–141.   USX CORP., FKA UNITED STATES STEEL CORP. *v.* GREEN ET AL.   C. A. 3d Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wards Cove Packing Co.* v. *Atonio, ante,* p. 642.

No. 88–1742.   ADAMS ET AL. *v.* AVCO CORP. ET AL.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded